RICHARD G. HEAD v. NEW YORK LIFE INSURANCE COMPANY, Appellant.

**In Banc, March 28, 1912.**

Appeal from Jackson Circuit Court.—*Hon. J. H. Slover,* Judge.

AFFIRMED.

*Lathrop, Morrow, Fox & Moore* for appellant.

*Botsford, Deatherage & Creason* for respondent.

PER CURIAM.—The following opinion by *Bond, C.,* in Division No. 1, is adopted as the opinion of the Court in Banc. All the judges concur except *Graves,* and *Ferriss, JJ.,* who dissent.

BOND, C.—The facts in this case are substantially the same as the facts in Head v. New York Life Insurance Company, *ante,* p. 403, with this exception, that the plaintiff in this case was the direct beneficiary under the policy as it was originally drawn.

For the reasons given *in extenso* in the former case, the judgment in this case is affirmed. *Brown, C.,* concurs.